UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 15-24236-CIV-LENARD/GOODMAN

MARVIN ANTONIO IRIAS, *and all others* )
*similarly situated under 29 U.S.C. 216(b)*, )
　　　　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff, 　　　　　　　　　　)
　　vs.　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
BUILDING UNLIMITED, INC., 　　　　　　　)
MARTIN CURI, 　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　Defendants. 　　　　　　　　　)
_____

## PLAINTIFF'S STATEMENT OF CLAIM

COMES NOW Plaintiff, by and through the undersigned attorney, pursuant to the Court's Order entered on November 19, 2015 [DE 7] and, and files this Statement of Claim, and in support thereof states as follows:

1. Period of Overtime Claim:  April 6, 2015. – August 14, 2015.

2. Approximate number of weeks: 18.

3. Average hours worked per week: 66

4. Overtime hours claimed per week: 26

5. Hourly rate: $13.64 per hour.

6. Half-time overtime rate based on the hourly rate: $6.82 per hour.

7. Calculation of half-time wages owed: $6.82/hr.  x 26 hrs./week  x  18 weeks  = $3,191.76.

8. Overtime wages owed of $3,191.76 doubled for liquidated damages = $6,383.52, plus attorney's fees and costs.

Respectfully submitted this 9th day of December, 2015.

                    J.H. Zidell, P.A.
                    300 71st Street, Suite 605
                    Miami Beach, Florida 33141
                    Tel: (305) 865-6766
                    Fax: (305) 865-7167
                    *Attorneys for Plaintiff*

                    <u>s/ Elizabeth Hueber</u>
                    Elizabeth Hueber, Esq.
                    Florida Bar No. 73061
                    Email: elizabeth.hueber.esq@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on all counsel or parties in the Service List below on December 9, 2015.

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
*Attorneys for Plaintiff*

s/ Elizabeth Hueber
Elizabeth Hueber, Esq.
Florida Bar No. 73061
Email: elizabeth.hueber.esq@gmail.com

## SERVICE LIST

Daniel Rodrigo Vega
Taylor Espino Vega & Touron, P.A.
2555 Ponce de Leon Boulevard
Suite 220
Coral Gables, FL 33134
305-443-2043
305-443-2048 (fax)
dvega@tevtlaw.com
*Attorneys for Defendants*